**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 20, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**None**



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**WD77505          State of Missouri vs. Vincent D Gulley**